# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# AT LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:13-85-KKC-REW** |
| Plaintiff, | |
| V. | **ORDER** |
| **BRAXTON STUMP,** | |
| Defendant. | |

*** *** ***

This matter is before the Court on Magistrate Judge Robert E. Wier's Recommended Disposition. (DE 159). On August 25, 2014, Stump pleaded guilty to conspiracy to distribute oxycodone in violation of 21 U.S.C. § 846 and was sentenced to eighteen months imprisonment. (DE 60, DE 123). Stump was released in February 2016 and began serving a three year term of supervised release.

On July 18, 2017, the United States Probation Office (USPO) reported that Stump had been arrested and charged with second degree wanton endangerment. (DE 147). This Court postponed the ultimate violation determination pending resolution of the state criminal proceedings. (DE 149). After Stump pleaded guilty to second degree disorderly conduct, *Commonwealth v. Stump*, No. 17-M-695 (Clark Dist. Ct., Nov. 20, 2017), this Court set the matter for a final hearing before Magistrate Judge Wier. (DE 154). In his written disposition, the Magistrate Judge found that the hearing, USPO report, and state court record failed to establish that Stump violated the terms and conditions of his supervised release. He therefore recommended a finding of no violation and, pursuant to 18 U.S.C. § 3583(e)(2), modified Stump's conditions of supervised release to require him to participate in ongoing

parenting and mental health treatment/counseling and lifted the previously imposed restriction on Stump's access and role regarding the minor children. The Magistrate Judge advised the parties that they had fourteen days in which to file objections to the recommendation.

Stumps has filed a Waiver of Allocution. (DE 160-1). Neither party has filed any objections to the Magistrate Judge's Recommended Disposition. Accordingly, the Court **HEREBY ORDERS** that:

1. the Magistrate Judge's Recommended Disposition (DE 159) is **ADOPTED** as and for the opinion of this Court; and

2. judgment shall be entered consistent with this Order.

Dated January 16, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY